UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nyynkpao B., | Case No. 25-CV-2748 (NEB/JFD) |
| Petitioner, | |
| v. | **ORDER** |
| Donald J. Trump, Pamela Bondi, Kristi Noem, Todd Lyons, Pete Hegseth, Peter Berg, Daniel Hertog, and Matthew Akerson, | |
| Respondents. | |

**IT IS HEREBY ORDERED THAT:**

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Nyynkpao B., within 10 days of this Order's date, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer shall include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention, in light of the issues raised in the petition;

   b. A reasoned memorandum of law and fact fully stating Respondents' legal position on Petitioner's claims; and

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted in this matter.

3. If Petitioner wishes to reply to Respondents' answer, he must file his reply within 10 days after the answer is filed. After that, neither party may submit additional filings unless authorized by the Court.

Dated: July 2, 2025

    _s/ John F. Docherty_
JOHN F. DOCHERTY
United States Magistrate Judge