# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| NYYNKPAO BANYEE,<br><br>Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, ET AL.<br><br>Respondents. | Case No. 25-CV-2748 (NEB/JFD)<br><br><br>ORDER FOR DISMISSAL |

Pursuant to the parties' Stipulation of Dismissal Without Prejudice filed on October 21, 2025 (ECF No. 21), IT IS HEREBY ORDERED that this case is DISMISSED WITHOUT PREJUDICE and each party shall bear their own attorneys' fees, costs and disbursements.

Dated: October 22, 2025

BY THE COURT:
s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge